IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                              PLAINTIFF

v.                              Civil No.: 4:17-CV-04056

SOUTHERN HEALTH PARTNERS, *et. al.*                                 DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's failure to obey a Court Order to submit an amended IFP application or pay the filing fee after he was released from custody.

On September 18, 2017, the Court entered an Order directing Plaintiff to submit a completed IFP application or submit the remainder of the filing fee by October 10, 2017. Plaintiff was advised that failure to comply with the Order would result in the dismissal of his case. (ECF No. 12). The Order was not returned as undeliverable. Plaintiff did not respond.

Plaintiff's IFP status is therefore REVOKED. Plaintiff is DIRECTED to pay the filing fee by December 14, 2017. Failure to pay the fee by the deadline will result in the dismissal of this case.

IT IS SO ORDERED this 29th day of November 2017.

/s/ *J. Marschewski*
_____
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

1